IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :
                                :
                                :
        v.                      :   CRIMINAL NUMBER 10-663-5
                                :
VINCENT CREWS                   :
USM# 60719-066                  :

## O R D E R

AND NOW this 1st day of February, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 78 months, effective November 1, 2015.

BY THE COURT:

_____
THE HONORABLE JOHN R. PADOVA
Senior United States District Court Judge